**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ANA ALEXANDRA MONCADA RUIZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1795-KC** |
| | § | |
| **DEPARTMENT OF HOMELAND SECURITY,** | § | |
| | § | |
| **Respondent.** | § | |

**ORDER**

On this day, the Court considered the case. On July 1, 2026, Ana Alexandra Moncada Ruiz filed a Petition for a Writ of Habeas Corpus, ECF No. 3, alleging that she is unlawfully held in immigration custody. The Court ordered Respondents to show cause why the application for a writ of habeas corpus should not be granted. July 2, 2026, Order 2, ECF No. 2.

On July 9, Respondents filed a Response, ECF No. 5, in which they state that Moncada Ruiz was given a bond hearing on June 4, 2026, and denied bond on the basis of flight risk. *Id.* at 2; *see id.* Ex. E ("IJ Order"), ECF No. 5-5.

Accordingly, the Court **ORDERS** that Moncada Ruiz shall **FILE** a reply to Respondents' Response, **by no later than July 31, 2026**, stating whether she in fact received a bond hearing on June 4, 2026, and if so, whether she disputes that the immigration judge made factual findings and an individualized determination in her case. She shall submit any evidence in support of her position.

**SO ORDERED**.

**SIGNED this 10th day of July, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE